# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-20110-STA |
| | ) | |
| PRINTICE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court are Defendant Printice Brown's Motion to Reduce (ECF No. 38) filed by the Federal Public Defender on November 28, 2011, and a *pro se* Motion to Reduce (ECF No. 39) filed on December 12, 2011. The United States did not immediately respond to either Motion, so on June 17, 2014, the Court ordered the government to respond. The government filed its response as directed. However, the Court did not issue a ruling on Defendant's Motions. According to the Bureau of Prisons, Defendant completed his custodial sentence and was released on April 15, 2016.

The Sixth Circuit has held that a prisoner's release from custody renders a motion under 18 U.S.C. § 3582 moot. *United States v. Bravo*, 362 F. App'x 456, 458 (6th Cir. 2010); *United States v. Waltanen,* 356 F. App'x 848, 851 (6th Cir. 2009) ("If a prisoner does not challenge the validity of the conviction but rather only challenges his sentence or some aspect of it, the request for relief is moot once the challenged portion of the sentence has expired."). Therefore, the Court directs the parties to show why the Motions should not be denied as moot and/or why the Court

should reach the merits of Defendants' Motion. The parties' position papers are due on or before February 28, 2019.

**IT IS SO ORDERED.**

                                      **s/ S. Thomas Anderson**
                                      S. THOMAS ANDERSON
                                      CHIEF UNITED STATES DISTRICT JUDGE

                                      Date: February 11, 2019